**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

LIZ WALESKA PEREZ RIVERA,

                       **Plaintiff,**

        -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**

----------------------------------------------------------------X

**22-CV-08367 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/25/2023_

**SARAH NETBURN, United States Magistrate Judge:**

      On May 12, 2023, the Court granted Plaintiff's request to file a Motion for Judgment on

the Pleadings within 14 days after the missing transcript is filed. The Court directs Plaintiff to

file a status letter on the missing transcript by September 1, 2023.


**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 25, 2023
             New York, New York